**Order entered May 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01459-CV

**STEVEN E. LAU, TRUSTEE OF THE STEVEN E. LAU TRUST, STEVEN E. LAU, INDIVIDUALLY, AND KEN MORRIS, Appellants**

**V.**

**JAMES REEDER AND EDDIE CORBITT, Appellees**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-98-00869-D**

## ORDER

We **GRANT** appellants' May 11, 2015 opposed third motion for extension of time to file brief and **ORDER** the brief be filed no later than June 15, 2015. Appellants are cautioned that no further extensions will be granted absent exigent circumstances.

/s/    CRAIG STODDART
JUSTICE